**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CASE NO. 4:08cv338 |
| | § | Judge Clark/Judge Mazzant |
| EMC MORTGAGE CORPORATION, | § | |
| ET AL., | § | |
| | § | |
| *Defendants.* | § | |

**ORDER ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 17, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the Motion for an Order to Show Cause Why the Defendants Should not be Held in Criminal Contempt and Cited for Obstruction of a Federal Court Order [Doc. #5] be denied due to lack of standing.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that the Motion for an Order to Show Cause Why the Defendants

Should not be Held in Criminal Contempt and Cited for Obstruction of a Federal Court Order [Doc. #5] is **DENIED** due to the lack of standing**.**

So **ORDERED** and **SIGNED** on July  21 , 2013.

_____
Ron Clark, United States District Judge